IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01167-MJW-CBS

KATHRYN READ,

Plaintiff,

v.

JOHN DOE, an individual, and
ARAMARK, a business entity or entities doing business under various corporate and/or trade names,

Defendants.

ORDER RE: STIPULATION FOR DISMISSAL WITH PREJUDICE

Having reviewed the Parties' Stipulation For Dismissal with Prejudice (Docket No. 26), it is hereby ORDERED that all claims are hereby DISMISSED with prejudice, each party to pay her or its own costs and attorneys fees.

Date: September 10, 2014
Denver, Colorado

Michael J. Watanabe
United States Magistrate Judge